UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES,

      v.                                                                     1:05-cv-0823

DANIEL J. VALLEE,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

Presently before the Court is a request by the government for a Writ of Garnishment. Defendant objects on the ground that garnishment in the amount of 25% of his wages is too high.

To enable the Court to make a meaningful determination of the matter, both Defendant and the government are hereby ORDERED to submit affidavits: (1) providing a detailed accounting of Defendant's payments to date; and (2) addressing Defendant's ability to pay going forward.

IT IS SO ORDERED.

Dated: May 1, 2006

Thomas J. McAvoy
Senior, U.S. District Judge